December 14, 2007

Mr. Wade Caven Crosnoe
Thompson Coe Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, TX 78701
Mr. Gavin H. McInnis
Maloney & Maloney, P.C.
14100 San Pedro, Suite 510
San Antonio, TX 78232

RE: Case Number: 05-0645
 Court of Appeals Number: 03-04-00621-CV
 Trial Court Number: GN303879

Style: ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND
 ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY
 v.
 CEVIA FLEMING, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS
 SIMILARLY SITUATED

Dear Counsel:

 Today the Supreme Court of Texas withdraws its order of April 21,
2006, granting the petition for review, as the petition was improvidently
granted and issued the enclosed per curiam opinion. The petition for
review is dismissed for want of jurisdiction in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey Kyle |